Entered: September 16th, 2022
Signed: September 15th, 2022

# SO ORDERED

For the reasons stated on the record at a hearing held on
September 12, 2022.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

**In re:**

**DONNIE HARRIS,**                                                        CHAPTER 13

            **DEBTOR.**                                              CASE NO. 19-19601

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C,**

        **MOVANT,**
vs.
**DONNIE HARRIS**
and **TIMOTHY P. BRANIGAN, TRUSTEE,**

        **RESPONDENTS.**

<u>ORDER GRANTING MODIFICATION OF STAY</u>

      The Motion of the Movant, NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C, its assignees and/or successors in interest, to amend the Automatic Stay having been properly served, and after hearing on same,

      It appears that Debtor is in possession of a certain real property located at **626 Evening Star Pl, Mitchellville, MD 20721-1820**, encumbered by a Deed of Trust dated April 5, 2007, recorded among the Land Records of the County of Prince George's, Maryland

      Upon consideration of the foregoing and evidence heard on hearing held on September 12, 2022, it is **ORDERED**:

      1. Debtor will resume making all future regular monthly installment payments in the amount of $2,876.49, pending further notice from the

      mortgage company, as they become due commencing October 1, 2022.

2. Debtor will cure any arrearage currently due to the Movant for the months of August 1, 2021, through September 1, 2022, in the total amount of $19,244.16 as of September 12, 2022 by making additional payments a delineated in paragraph number three (3) below.

3. Debtor will make payments on or before the 20th of each month in the amount of $1,069.12, beginning October 20, 2022, for a period of eighteen (18) months until the default amount, $19,244.16, is paid in full to the Movant.

    a. All future payments made pursuant to the terms of this Consent Order should be forwarded to the following address until further notice:

        NewRez LLC d/b/a Shellpoint Mortgage Servicing
        PO Box 740039
        Cincinnati, OH 45274-0039

    **ORDERED** that in the event that any payment to be made by the Debtor as set forth hereinabove is not received by NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C as provided herein, then NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C may serve a written Notice of Default to the Debtor requiring cure of said default within a fourteen (14) day period after the mailing of the above written notice.  Cure shall consist of payment of the missed payments, any late charge accrued on such missed payments, attorney's fees and costs for providing the notice, and any other payments becoming due under the terms of this Consent Order between the date of the Notice of Default and before the actual tender of the curing payment.  Only two (2) such cure opportunities are allowed by this Consent Order and any subsequent default shall be deemed incurable.

    **ORDERED** that any Notice of Default shall be filed with the court and mailed, by first class mail, postage prepaid, and addressed to Debtor and Counsel for the Debtor as follows:

Donnie Harris
626 Evening Star Place
Bowie, MD 20721

    If the Debtor wishes to contest the Notice of Default or for the Court to consider their views on the Notice of Default, a Response must be filed with the Court within fourteen (14) days of the filing of the Notice of Default.

    **ORDERED** that failure to cure in a timely manner or a breach for which cure is not permitted shall be evidenced by a Declaration of Default.  Upon the filing of such Declaration, and

without further order of this Court, the Automatic Stay imposed pursuant to 11 U.S.C. Section 362(a) shall be lifted as to Movant, to permit enforcement of the provisions of the Deed of Trust with respect to the Subject Property, including but not limited to foreclosure pursuant to any power of Sale. In the event of a foreclosure, if the Debtor fails to voluntarily vacate the premises, Movant or any purchaser at said foreclosure sale may proceed with all remedies available in state court.

If the Debtor files an objection to the Notice of Default, and/or the Court sets the matter for hearing, the Automatic Stay shall remain in effect until a ruling is issued by the Court resolving the matter. At the hearing, the Court may terminate the stay or take other action appropriate to the circumstances.

4. The provisions of this Order with respect to regular monthly payments extends through the term of the bankruptcy case.

5. Until the automatic stay is terminated, Movant may not refuse to accept or apply payments tendered by the Debtor, even if such payments are late or in the incorrect amount.

6. The automatic stay is modified to permit the Noteholder or servicing agent to send the Debtor any payment coupons, payment statements or invoices, notices of late payment, notices of payment changes, notices of servicing transfers, or any other notice, other than a notice of acceleration or demand for payment of the entire balance, normally sent to customers in the ordinary course of business, but otherwise such stay shall remain in full force and effect until further order of the court.

7. Should the Debtor default pursuant to the terms contained herein, unless otherwise ordered by this Court, Movant shall be entitled to reasonable attorney's fees in an amount not to exceed $100.00 for the issuance of a Notice of Default, and additional attorney's fees, not to exceed $200.00, for issuance of a Declaration of Default and filing of a Notice of Intent.

8. In the event of a default which results in the granting of relief, the Chapter 13 Trustee will be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by the Movant.

9. If the case shall be converted from a Chapter 13 to a Chapter 7, the Automatic Stay as to NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C shall be lifted effective the date of conversion without further order of this Court.

10. Nothing contained herein shall be deemed or construed to waive, reduce or otherwise prejudice any rights of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C with respect to the above-referenced Note and Deed of Trust.

## SERVICE LIST

| | |
|---|---|
| Donnie Harris<br>626 Evening Star Place<br>Bowie, MD 20721 | Debtor |
| Rowena Nicole Nelson<br>1801 McCormick Drive, Suite 150<br>Largo, MD 20774 | Counsel for Debtor |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046 | Chapter 13 Trustee |
| NewRez LLC dba Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C<br>PO Box 740039<br>Cincinnati, OH 45274-0039 | Movant |
| Daniel J. Pesachowitz<br>6100 Executive Blvd.<br>Suite 400<br>Rockville, MD 20852 | Counsel for Movant |

**END OF ORDER**

File No. 75660